DAVIDOFF HUTCHER & CITRON, LLP
Attorneys for Sound Vision Care, Inc.
605 Third Avenue
New York, New York 10158
(914) 381-7400

JAMES B. GLUCKSMAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                            Chapter 11

SOUND VISION CARE, INC. ET. AL.,                                  Case No. 25-72421 (LAS)
                                                                  (Jointly administered)

                                        Debtors[1].
-----------------------------------------------------------------x
CAROLINA LIORA ESPINAL,

                                        Plaintiffs.

                        -against-                                 26 cv. 2491 (Mag. Judge
                                                                  Arlene R. Lindsay)


SOUND VISION CARE, INC., TERELL
LOVELL, DR. JEFFREY WILLIAMS, JR., and
COBY DOE,

                                        Defendant,

-----------------------------------------------------------------x


### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** the undersigned hereby appears in the above-referenced civil

action (the "Action") on behalf of Sound Vision Care, Inc. and other debtors in possession (the

"Debtors") and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy

---

[1]   The Debtors and the last four digits of the Debtors' federal tax identification number are: (i) Sound Vision Care, Inc. (0693), (ii) SVC of Coram, LLC (7727), (iii) SVC of East Setauket, LLC (4510), (iv) SVC of Fresh Meadows, LLC (4333), (v) SVC of Manhasset, LLC (7234), (vi) SVC of Riverhead, LLC (9996), and (vii) SVC of Southold, LLC (4232). The Debtors' mailing address is 1224 Ostrander Avenue, Riverhead, NY 11901.

Procedure (the "<u>Bankruptcy Rules</u>") and section 1109(b) of chapter 11 of title 11 of the United States Code, as amended (the "<u>Bankruptcy Code</u>"), requests that copies of all notices and pleadings given or required to be given in the Adversary Proceeding, and all papers served or required to be served in the Adversary Proceeding, be delivered and served upon the attorney listed below at the following addresses:

**Davidoff Hutcher & Citron LLP**
120 Bloomingdale Road, Ste. 100
White Plains, New York 10605
Attn:    James B. Glucksman, Esq.
Direct:  914-381-7400
Fax:     212.286.1884

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Action, the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex, or otherwise.

2

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Debtors' rights, claims, actions, defenses, setoffs, or recoupments to which the Debtors are or may be entitled under law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved. This expressly includes the right to service of process.

DATED: White Plains, New York
      June 29, 2026

                          **DAVIDOFF HUTCHER & CITRON LLP**

                          By: */s/ James B. Glucksman*
                              James B. Glucksman, Esq.

                          120 Bloomingdale Road, Ste. 100
                          White Plains, New York 10605
                          Telephone: (914) 381-7400
                          Fax: (212) 521-5450
                          E-mail: rlr@dhclegal.com

                          *Counsel to Sound Vision Care Inc. et. al.*

3