UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
In the Matter

of                                                    ORDER

The Referral of Matters to the Bankruptcy
Judges
----------------------------------------------------X

WHEREAS 28 U.S.C. § 157(a) provides that each district court may refer any or all cases under Title 11 and any or all proceedings arising under Title 11, or arising in or related to a case under Title 11, and

WHEREAS, by Order of this Court on August 28, 1986, all such cases and proceedings are referred to the Bankruptcy Judges for this District,

It is hereby

ORDERED that if a bankruptcy judge or district judge determines that a bankruptcy judge cannot enter a final order or judgment consistent with Article III of the United States Constitution in a particular proceeding referred under this order and designated as core under section 157(b) of title 28, unless the district court orders otherwise, the bankruptcy judge shall hear the proceeding and submit proposed findings of fact and conclusions of law to the district court, and it is further

ORDERED that the district court may treat any order or judgment of the bankruptcy court as proposed findings of fact and conclusions of law in the event that the district court concludes that a bankruptcy judge could not enter that order or judgment consistent with Article III of the United States Constitution, and it is further

ORDERED that this Order shall be given effect nunc pro tunc as of June 23, 2011.

Dated:  Brooklyn, New York
        Dec . 5  , 2012

                                                      Carol Bagley Amon
                                                      Chief Judge

601