# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

July 13, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Arlene R. Lindsay, U.S.M.J.
100 Federal Plaza
Central Islip, NY 1172

> *Re:*   **Espinal v. Sound Vision Care, Inc.,** *et al.*
> **Case No.: 2:26-cv-2491 (ARL)**

Dear Judge Lindsay:

This firm represents the Plaintiff Carolina Liora Espinal ("Plaintiff") in this case. Plaintiff writes to respectfully oppose, in part, Defendants' Sound Vision Care, Inc. (the "Corporate Defendant"), Terrell Lovell ("Lovell"), Dr. Jeffrey Williams, Jr. ("Williams"), and Coby Doe ("Doe") (Lovell, Williams, and Doe collectively hereinafter the "Individual Defendants") (Corporate Defendant and Individual Defendants collectively hereinafter "Defendants") motion to change venue.

As an initial matter, Plaintiff was unaware that there was a Bankruptcy petition filed, as no petition was served upon Espinal despite the Corporate Defendant being served with both a demand letter in or about March 2025 and a charge of discrimination before the United States Equal Employment Opportunity Commission ("EEOC") in or about April 2025. Notwithstanding, Plaintiff concedes that there should be a stay under 11 U.S.C. § 362, solely for the Corporate Defendant.

However, there is no basis for staying the proceedings as to the Individual Defendants. The automatic stay imposed by 11 U.S.C. § 362 ordinarily protects only the debtor – in this case, the Corporate Defendant – and does not extend to non-debtor officers, employees, owners, or other alleged joint tortfeasors merely because claims against them arise from the same underlying facts. <u>See</u> <u>Queenie, Ltd. v. Nygard Int'l</u>, 321 F.3d 282, 287 (2d Cir. 2003) ("'[A] suit against a codefendant is not automatically stayed by the debtor's bankruptcy filing.' … 'It is well-established that stays pursuant to § 362(a) are limited to debtors and do not encompass non-bankrupt co-defendants'") (internal citations and quotations omitted).

Here, the Individual Defendants remain independently subject to Plaintiff's claims under the NYSHRL and NYCHRL as they are alleged to have personally participated in the discriminatory or retaliatory conduct complained of, aided and abetted such conduct, and otherwise satisfy the applicable statutory standards for individual liability. <u>See</u> N.Y. Exec. Law § 296(6) ("It shall be an unlawful discriminatory practice for any person to aid, abet, incite, compel or coerce the doing of any of the acts forbidden under this article, or to attempt to do so"); <u>see</u> <u>also</u> N.Y.C. Admin. Code § 8-107(6).

Despite each Individual Defendant's liability for the violations alleged, upon information and belief, none of the Individual Defendants filed for bankruptcy protection. In that regard, Plaintiff respectfully submits that Defendants are attempting to use the Corporate Defendants as a shield for their own personal liability, which will delay this litigation for no legitimate purpose. The outcome of the Corporate Defendant's bankruptcy proceedings has no effect on the liability of the Individual Defendants, and permitting the Individual Defendants to enjoy the protection of the Corporate Defendant's bankruptcy is unsupported by law.

As such, Plaintiff respectfully requests that the Court deny Defendants' request that the entire case be stayed, permitting a stay of the claims against the Corporate Defendant, but allowing the case to proceed against the Individual Defendants while the bankruptcy petition is sorted out.

Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
      July 13, 2026                    Respectfully submitted,

                                  **SAGE LEGAL LLC**

                                  */s/ Emanuel Kataev, Esq.*
                                  Emanuel Kataev, Esq.
                                  18211 Jamaica Avenue
                                  Jamaica, NY 11423-2327
                                  (718) 412-2421 (office)
                                  (917) 807-7819 (cellular)
                                  (718) 489-4155 (facsimile)
                                  emanuel@sagelegal.nyc

                                  *Attorneys for Plaintiff*
                                  *Carolina Espinal*