| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421<br>*Attorney for:* Plaintiff(s) — *Ref. No. or File No.:* | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Eastern District Of New York | |
| *Plaintiff(s):* Carolina Liora Espinal<br>*Defendant:* Sound Vision Care, Inc., et al. | |

| **AFFIDAVIT OF SERVICE Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV02491ARL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice re USMJ; Order re Initial Conference

3. *a. Party served:* Sound Vision Care, Inc.
   *b. Person served:* Judy Rika, Managing Agent, African American, Female, 39 Years Old, Black Hair, 5 Feet 4 Inches, 165 Pounds

4. *Address where the party was served:* 175 1st Street, Laurel, NY 11948

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 09, 2026 (2) at: 6:20PM

7. ***Person Who Served Papers:*** *Fee for Service:*
   a. John Savage
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.***

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**

(John Savage)

*emkat.299709*

*Attorney or Party without Attorney:*
Emanuel Kataev, Esq.
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423
*Telephone No:* 718-412-2421
*Attorney for:* Plaintiff(s)

*Ref. No. or File No.:*

*For Court Use Only*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Eastern District Of New York

*Plaintiff(s):* Carolina Liora Espinal
*Defendant:* Sound Vision Care, Inc., et al.

| AFFIDAVIT OF SERVICE Summons/Complaint | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV02491ARL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Re Usmj; Order Re Initial Conference

3. *a. Party served:* Terell Lovell

4. *Address where the party was served:* 175 1st Street
Laurel, NY 11948

5. *I served the party:*
b. **by substituted service.** On: Tue., Jun. 09, 2026 at: 6:20PM by leaving the copies with or in the presence of:
Judy Rika, Co-Worker, African American, Female, 39 Years Old, Black Hair, 5 Feet 4 Inches, 165 Pounds
(2) **(Home)**a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
(4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Fri., Jun. 12, 2026 from: The State of New York

7. ***Person Who Served Papers:*** *Fee for Service:*
a. John Savage
**b. Class Action Research & Litigation**
P O Box 740
Penryn, CA 95663
c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.***

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**

(John Savage)

*emkat.299708*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421<br>*Attorney for:* Plaintiff(s) *Ref. No. or File No.:* | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Eastern District Of New York | |
| *Plaintiff(s):* Carolina Liora Espinal<br>*Defendant:* Sound Vision Care, Inc., et al. | |

| **AFFIDAVIT OF SERVICE Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV02491ARL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Re Usmj; Order Re Initial Conference

3. *a. Party served:* Dr. Jeffrey Williams, Jr.
   *b. Person served:* Party in item 3a

4. *Address where the party was served:* 175 1st Street, Laurel, NY 11948

5. *I served the party:*
   b. **by substituted service.** On: Tue., Jun. 09, 2026 at: 6:20PM by leaving the copies with or in the presence of:
   Judy Rika, Co-Worker, African American, Female, 39 Years Old, Black Hair, 5 Feet 4 Inches, 165 Pounds
   (2) **(Home)**a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Fri., Jun. 12, 2026 from: State of New York

7. ***Person Who Served Papers:*** *Fee for Service:*
   a. John Savage
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of NEW YORK and under the lawsof the United States Of America that the foregoing is true and correct.***

**AFFIDAVIT OF SERVICE Summons/Complaint** (John Savage) *emkat.29970*